UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Richard Crosby</u>

    v.                                            Case No. 24-cv-399-LM-TSM

<u>US Social Security Administration</u>

<u>ORDER</u>

On December 9, 2024, Magistrate Judge Talesha L. Saint-Marc filed a Report and Recommendation dismissing this case. Doc. no. 2. Plaintiff Richard Crosby filed an objection on December 17, 2024. Doc. no. 3. This Court issued an order on January 22, 2025, construing Crosby's objection (doc. no. 3) as a motion to reconsider the Report and Recommendation (doc. no. 2) so that the Magistrate Judge could consider, in the first instance, whether reconsideration was appropriate on the grounds raised by Crosby in doc. no. 3. The magistrate judge issued a written order denying Crosby's motion for reconsideration on January 22, 2025. Doc. no. 4.

After due consideration, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated December 9, 2024. For the reasons explained in the Report and Recommendation (doc. no. 2) and the order denying the motion for reconsideration (doc. no. 4), Crosby's complaint is dismissed.

The clerk shall enter judgment and close this case.

SO ORDERED.

_____
Landya B. McCafferty
Chief Judge

Date: February 21, 2025
cc:    Richard Crosby, pro se